IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANTANA RILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-CV-1630-MAB |
| | ) |
| KENT BROOKMAN, ET AL., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated October 10, 2018, conducted by the Court pursuant to 28 U.S.C. § 1915A, Defendants J. Martin and Terra Ractley were **TERMINATED with prejudice** from this action (Doc. 9, p. 11). Defendants John Doe #1, John Doe #2, and John Baldwin were **DISMISSED without prejudice** from this action (Doc. 9, p. 10).

**IT IS FUTHER ORDERED AND ADJUDGED** that pursuant to the Order dated June 10, 2020 (Doc. 60), Defendants Kent Brookman, Lisa Goldman, Melissa Pappas, and Robert Mooney were **DISMISSED with prejudice** from this action. Accordingly, this action was **DISMISSED with prejudice** in its entirety pursuant to Federal Rules of Civil Procedure 37(b)(2) and 41(b).

DATED: June 10, 2020

                                      **MARGARET M. ROBERTIE,**
                                      **Clerk of Court**

                                  BY:  /s/ *Jennifer Jones*
                                        **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**